ROBERT P. BUCHNER, Appellant, *v.* THE TITLE GUARANTY AND SURETY COMPANY, Respondent.

*Buchner* v. *Title Guaranty & Surety Co.*, 144 App. Div. 326, affirmed.

(Argued December 18, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 4, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover upon a surety bond.

*Selden Bacon* and *Saul S. Myers* for appellant.

*Adrian T. Kiernan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.